NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ARTHUR L. BERUBE,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D18-674
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____  )

Opinion filed February 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; Joseph C. Fuller, Judge.

Arthur L. Berube, pro se.

PER CURIAM.

        Affirmed.

NORTHCUTT, SILBERMAN, and LUCAS, JJ., Concur.